Order issued March 29, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00476-CR
No. 05-12-00477-CR

**JOSEPH MANUEL MEISENBACH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices Moseley, O'Neill, and Lewis

Based on the Court's opinion of this date, we **GRANT** the August 24, 2012 motion of Doris E. Berry for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Doris E. Berry as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Joseph Manual Meisenbach, No. 1778525, Beto Unit, 1391 FM 3328, Tennessee Colony, TX, 75880.

_____
JIM MOSELEY
JUSTICE